

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-16-00144-CR

| | | |
|---|---|---|
| Braylon Dominique Ellis | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1447240R) |
| v. | § | April 20, 2017 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
Justice Bonnie Sudderth